UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 FEB 20 P 1:05

ATTACHMENT 1

NICHOLAS V. LIAKAS, PRO SE,

V.

U.S. Department Of Education
c/o American Student Assistance

CIVIL ACTION
NO. 04-10354 NG

Referred to CMJ MB Bowler

## COMPLAINT

### Parties

1. The plaintiff is a resident of Dracut, Middlesex County, Massachusetts and a citizen of the United States.

2. The defendant's address is: Attn: Borrower Advocacy P.O. Box 55215 Boston, MA 02205.

### Jurisdiction

3. This court has jurisdiction over this matter ~~pursuant~~ to BECAUSE OF A VIOLATION OF FEDERAL LAW

### Facts

4. On 11-19-01 A.S.A. initiated a Supplementary Process Hearing in Malden District Court. The court action subsequently ordered me to pay $50 per month towards my outstanding loans. <u>I have been paying the $50 monthly.</u>

5. A.S.A. has over the past years been taking all my federal tax credits and refunds, and

has been also taking 15% of my Social Security check. A.S.A. has not responded to my request for an accounting of my loan status - original amount/ interest/ collection and legal fees/ payments and how applied.

6. WHEREFORE, the plaintiff demands that A.S.A. submit a detailed accounting of his loans- abide by the Malden District Court order- cease taking 15% of his S.S. check, and such other relief that this Court deems just.

Signature *[signature]*, Pro Se

Name    NICHOLAS V. LIAKAS, PRO SE

Address  371 PELHAM ROAD

Dracut, Massachusetts 01826

Telephone # 617-661-6886

DEPARTMENT OF TREASURY
FINANCIAL MANAGEMENT SERVICE
P.O. BOX 1686
BIRMINGHAM, ALABAMA 35201-1686

## THIS IS NOT A BILL - PLEASE RETAIN FOR YOUR RECORDS

Dear NICHOLAS V LIAKAS:

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

U.S. DEPARTMENT OF EDUCATION
C/O AMERICAN STUDENT ASSISTANCE
ATTN: BORROWER ADVOCACY
P.O. BOX 55215
BOSTON          MA  02205-5215
800-999-9080        (800) 999-9080
PURPOSE: Non-Tax Federal Debt

TIN Num: 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
TOP Trace Num: P19852091
Acct Num: MA030244946
Amount This Creditor:     $188.70
Creditor: 05    Site: MA

The Agency has previously sent notice to you at the last address known to the Agency. That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above. The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date. If you intend to contact the Agency, please have this notice available. Please do not contact the Social Security Administration regarding the reduction made in your Federal payment as a result of this offset.

CR Wilson

Charles A. Wilson
Department of the Treasury, Financial Management Service
(800) 304-3107

**PAYMENT SUMMARY**
PAYEE NAME:  NICHOLAS V LIAKAS           PAYEE TIN: 030244946
PAYMENT BEFORE REDUCTION:     $1258.00    PAYMENT DATE: 02/03/04
TOTAL AMOUNT OF THIS REDUCTION:   $188.70  PAYMENT TYPE: Check
PAYING FEDERAL AGENCY: Social Security Administration  BENEFICIARY TIN: 030244946
CLAIM ACCT NUM: 030244946 A

FOR OFFICIAL USE ONLY:   0000000223 P1985209103024494600128369005 SSA-P01NICH000223
                         50879353   S1    1 D

RC0901



**UNITED STATES TREASURY**

Check No.

| | | | | |
|---|---|---|---|---|
| 02 03 04 | 2 | BIRMINGHAM, AL | | 4500 50879353 |
| 50879353 | S1 | 1 D | | |

Pay to the order of

NICHOLAS V LIAKAS  53  SOC SEC FOR JAN
371 PELHAM RD
DRACUT MA  01826-1652

$***1069*30

**VOID AFTER ONE YEAR**

CR Wilson
REGIONAL DISBURSING OFFICER

⑆4500⑆  ⑈000000518⑈  50879353⑆  070204

---

DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE
P.O. BOX 1686
BIRMINGHAM, ALABAMA 35201-1686

## THIS IS NOT A BILL - PLEASE RETAIN FOR YOUR RECORDS

Dear NICHOLAS V LIAKAS:

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

U.S. DEPARTMENT OF EDUCATION
C/O AMERICAN STUDENT ASSISTANCE
ATTN: BORROWER ADVOCACY
P.O. BOX 55215
BOSTON        MA 02205-5215
800-999-9080        (800) 999-9080
PURPOSE: Non-Tax Federal Debt

TIN Num: 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
TOP Trace Num: P19852091
Acct Num: MA030244946
Amount This Creditor:    $188.70
Creditor: 05    Site: MA

The Agency has previously sent notice to you at the last address known to the Agency. That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above. The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date. If you intend to contact the Agency, please have this notice available. Please do not contact the Social Security Administration regarding the reduction made in your Federal payment as a result of this offset.

CR Wilson
Charles A. Wilson
Department of the Treasury, Financial Management Service