```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

NICHOLAS V. LIAKAS,            )
         Plaintiff,            )
                               )
     v.                        )       C.A. No. 04-10354-NG
                               )
UNITED STATES DEPARTMENT OF    )
EDUCATION c/o AMERICAN STUDENT )
ASSISTANCE,                    )
         Defendant.            )
```

ORDER OF DISMISSAL

GERTNER, D.J.

In accordance with this Court's order dated May 12, 2005, it is ORDERED that the within action be and it is hereby dismissed.

By the Court,

Date: May 12, 2005     By   s/ Barbara Morse
                            Deputy Clerk