UNITED STATES ~~COURT OF APPEALS~~ DISTRICT

DISTRICT OF MASSACHUSETTS

~~FOR THE FIRST CIRCUIT~~

~~Appeal~~ C.A. No. 04-10354-NG

NICHOLAS V. LIAKAS,
    Plaintiff - Appellant,

V.

UNITED STATES DEPARTMENT OF EDUCATION
c/o AMERICAN STUDENT ASSISTANCE,
    Defendant - Appellee.

Appeal from a Judgment

Of the United States District Court

For the District of Massachusetts

BRIEF OF PLAINTIFF-APPELLANT NICHOLAS V. LIAKAS

Nicholas V. Liakas, Pro Se
371 Pelham Road
Dracut, Ma 01826
(617)661-6886

## TABLE OF CONTENTS

PAGE

ISSUE PRESENTED FOR REVIEW……………………………………............................ 1

STATEMENT OF THE CASE………………………………….............................................2

ARGUMENT……………………….............................................................................3

CONCLUSION……………………………….................................................................3

UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

Appeal No.

NICHOLAS V. LIAKAS,
    Plaintiff - Appellant,

V.

UNITED STATES DEPARTMENT OF EDUCATION
c/o AMERICAN STUDENT ASSISTANCE,
    Defendant - Appellee

Appeal from a Judgment

Of the United States District Court

For the District of Massachusetts

BRIEF OF PLAINTIFF-APPELLANT NICHOLAS V. LIAKAS

ISSUE PRESENTED FOR REVIEW

    The issue is did I in fact have a claim before the Court?

1.

STATEMENT OF THE CASE

In November 2001, in response to a lawsuit brought before it by the Department of Education, the Malden District Court ordered the Plaintiff to pay fifty dollars ($50) per month to American Student Assistance to be applied against his loans. This judgment of $50.00 per month was determined after considering all of Plaintiff's income and assets, including his Social Security benefit check. Plaintiff has been paying $50.00 per month by Postal Order, but the Department of Education subsequent to this order directed the Department of the Treasury to garnish 15% of his Social Security check. The amount garnished from Plaintiff's Social Security check, <u>in violation of the Malden District Court Order</u>, amounts to over Six Thousand Dollars ($6,000). This is the <u>CLAIM</u>.

## ARGUMENT

A. The court allowed proceeding in forma pauperis

B. The court should have served the Department of Education

C. The court should have scheduled a conference, or

### IN THE ALTERNATIVE

Offered the Plaintiff to participate in an "alternative dispute resolution program" enlisting, in lieu of District Judges or Magistrate Judges, the assistance of experienced private attorneys to volunteer their time to act as facilitators in the Court's ADR program.

## CONCLUSION

Based upon the foregoing, Plaintiff's complaint should not be dismissed. The Court should serve the original complaint upon the Department of Education.