# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-10354

Nicholas V. Liakas

v.

United States Department of Education

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 7/8/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 18, 2005.

Sarah A. Thornton, Clerk of Court

By: _____

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 7/18/05.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APEAL

# United States District Court
# District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-10354-NG

Liakas v. U.S. Department of Education
Assigned to: Nancy Gertner
Cause: 28:1345 Default of Student Loan

Date Filed: 02/20/2004
Jury Demand: None
Nature of Suit: 152 Contract: Recovery Student Loan
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Nicholas V. Liakas**    represented by **Nicholas V. Liakas**
371 Pelham Rd.
Dracut, MA 01826
617-661-6886
PRO SE

V.

**Defendant**

**U.S. Department of Education**
*C/O American Student Assistance*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/20/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by Nicholas V Liakas.(Jenness, Susan) (Entered: 02/20/2004) |
| 02/20/2004 | 2 | COMPLAINT against U.S. Department of Education, |

| | | |
|---|---|---|
| | | filed by Nicholas V Liakas.(Jenness, Susan) Additional attachment(s) added on 11/22/2004 (Morse, Barbara). Additional attachment(s) added on 11/22/2004 (Morse, Barbara). (Entered: 02/20/2004) |
| 02/20/2004 | ● | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Jenness, Susan) (Entered: 02/20/2004) |
| 02/20/2004 | ● | Case undergoing preliminary screening (Jenness, Susan) (Entered: 02/20/2004) |
| 03/01/2004 | ●3 | Judge Nancy Gertner : ORDER entered granting 1 Motion for Leave to Proceed in forma pauperis. The clerk shall return the complaint to the undersigned for screening on the merits pursuant to Section 1915(e)(2) and summonses shall NOT issue pending the completion of screening on the merits. Copy of order mailed to plaintiff. (Morse, Barbara) Modified on 3/2/2004 (Morse, Barbara). (Entered: 03/02/2004) |
| 10/26/2004 | ●4 | Letter/request (non-motion) from American Student Assistance regarding claims against Mr. Liakas and the Department of Education dated 8-13-04. (Jenness, Susan) (Entered: 11/08/2004) |
| 11/08/2004 | ● | Document No. 4 forwarded for consideration (Jenness, Susan) (Entered: 11/08/2004) |
| 12/02/2004 | ●5 | Judge Nancy Gertner : ORDER ON SCRFEENING PURSUANT TO SECTION 1915(e)(2) entered THAT The complaint shall be dismissed pursuant to 28 U.S.C. Section 1915(e)(2) without further notice after thirty-five days from the date of this Order, unless before that time plaintiff demonstrates good cause, in writing why this case should not be dismissed for the reasons stated in the accompanying memorandum. (Morse, Barbara) (Entered: 12/03/2004) |
| 12/02/2004 | ●6 | Judge Nancy Gertner : MEMORANDUM entered |

| | | |
|---|---|---|
| | | thatplaintiff's complaint is subject to dismissal for failure to state a claim upon which relief may be granted and will be dismissed pursuant to 28 U.S.C. Section 1915(e) without further notice after thirty-five (35) days from the date of the accompanying Order, unless before that time plaintiff shows good cause, in writing, why his complaint should not be dismissed [for the reasons stated in the Memorandum].(Morse, Barbara) (Entered: 12/03/2004) |
| 12/03/2004 | | Set Deadlines/Hearings: Show Cause Response why complaint should not be dismissed is due by 1/6/2005. (Morse, Barbara) (Entered: 12/03/2004) |
| 01/03/2005 | 7 | Response by Nicholas V. Liakas to 6 Memorandum & ORDER,. (Filo, Jennifer) (Entered: 01/03/2005) |
| 05/12/2005 | 8 | Judge Nancy Gertner : MEMORANDUM AND ORDER entered. In accordance with this Court's order dated December 2, 2004, and the plaintiff not having shown good cause why this case should not be dismissed pursuant to 28 U.S.C. Section 1915(e)(2), it is ORDERED that the within action be and it is hereby DISMISSED for the reasons set forth in the Memorandum and Order.(Morse, Barbara) (Entered: 05/12/2005) |
| 05/12/2005 | 9 | Judge Nancy Gertner : ORDER entered. ORDER DISMISSING CASE in accordance with this Court's order dated May 12, 2005.(Morse, Barbara) (Entered: 05/12/2005) |
| 07/08/2005 | 10 | NOTICE OF APPEAL as to 9 Order Dismissing Case by Nicholas V. Liakas. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/28/2005. (Filo, |

| | | Jennifer) (Entered: 07/12/2005) | |